# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BALDOCK, Bobby R. | U.S. Court of Appeals-10th Cir | 05/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Senior | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

P.O. Box 2388
Roswell, New Mexico 88202-2388

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law | March 13-15, 2013 | Malibu, California | Speaker | Transportation, meals, lodging |
| 2. | Alliance Defense Fund - The Blackstone Legal Fellowship | August 6-7, 2013 | Phoenix, Arizona | Legal Fellowship - Speaker | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BALDOCK, Bobby R.** | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pioneer Savings | Rental Property #2, Chaves County, NM | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch IRA | C | Dividend | M | T | | | | | |
| 2. -XCEL | | | | | | | | | |
| 3. -Invesco Global Core Equity Fund | | | | | Sold | 03/18/13 | K | | |
| 4. -Invesco Comstock Fund | | | | | Sold | 03/18/13 | K | | |
| 5. -Lord Abbett (Mutual R Fund) (aka Lord Abbett Total Return Fund) | | | | | | | | | |
| 6. -Franklin Inves. Sec. TR Equity Income (Mutual Fund)* | | | | | Sold (part) | 03/18/13 | K | | |
| 7. -Merrill Lynch Retirement Reserves | | | | | | | | | |
| 8. -Merrill Lynch Cash Equivalent Accounts | | | | | | | | | |
| 9. -Transamerica Short Term Bond Fund | | | | | Buy | 03/18/13 | K | | |
| 10. Hunker Commune (Holly, Bluestem, Rio Oil & Gas)* | B | Royalty | J | W | | | | | |
| 11. Lot in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 12. Stock in South Spring Acres, Roswell, NM | | None | K | W | | | | | |
| 13. Minerals, Washita County, OK (BBX Oil Corp.) | A | Rent | J | W | | | | | |
| 14. Silver and silver coins | | None | J | T | | | | | |
| 15. Gold coins | | None | J | T | | | | | |
| 16. Navajo, Hockley County, TX | B | Royalty | J | W | | | | | |
| 17. Pioneer Savings Bank | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Working interest in Hodges - Hockley County, TX | A | Royalty | J | T | | | | | |
| 19. Working interest in Jeffers-Hockley County, TX | A | Royalty | J | T | | | | | |
| 20. Working interest in Pair- Hockley County, TX | A | Royalty | J | T | | | | | |
| 21. Working interest in Reed-Hockley County, TX | A | Royalty | J | T | | | | | |
| 22. Working interest in White-Hockley County, TX | A | Royalty | J | T | | | | | |
| 23. Working interest in Terry-Hockley County, TX | A | Royalty | J | T | | | | | |
| 24. Cash Value Life Insurance, AXA Equitable(Money Market Acct) | A | Interest | J | T | | | | | |
| 25. Oil & Gas Items: | | | | | | | | | |
| 26. XTO Energy Production | A | Royalty | J | W | | | | | |
| 27. BP Am Production Company | D | Royalty | K | W | | | | | |
| 28. Conoco Phillips | E | Royalty | K | W | | | | | |
| 29. Sunco Oil & Gas Production | A | Royalty | J | W | | | | | |
| 30. Great Western Drillling Company | C | Royalty | K | W | | | | | |
| 31. El Paso Production Company | C | Royalty | K | W | | | | | |
| 32. Working interest in Mewbourn Oil, Eddy County, NM | B | Royalty | J | W | | | | | |
| 33. Property #2, Chaves County, NM | D | Rent | | | Sold | 07/09/13 | L | B | Larry Brooks |
| 34. Trust #1 | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GLENDALE AZ UN HGH SCH | | | | | Redeemed | 07/01/13 | K | | |
| 36. -PIMA CNTY AZ STR & HWY REV | | | | | | | | | |
| 37. -ISHARES RUSSELL 1000 GROWTH INDEX FUND | | | | | Sold | 01/02/13 | L | | |
| 38. - ISHARES MSCI EAFE* (See VIII) | | | | | | | | | |
| 39. -ISHARES IBOXXS INVT GRADE CORP BD FUND | | | | | | | | | |
| 40. -ISHARES GOLD TR | | | | | Sold (part) | 02/01/13 | J | | |
| 41. | | | | | Sold (part) | 05/01/13 | J | | |
| 42. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 43. | | | | | Sold (part) | 10/01/13 | J | | |
| 44. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 45. - ISHARES MBS *(See VIII) | | | | | | | | | |
| 46. -ISHARES IBOXXS HIGH YIEL CORPORATE BOND FUND | | | | | | | | | |
| 47. -ISHARES JP MORGAN EM BON | | | | | Sold | 08/01/13 | J | | |
| 48. -ISHARES DOW JONES US REAL ESTATE INDEX FUND | | | | | Buy (add'l) | 01/02/13 | J | | |
| 49. | | | | | Sold | 07/08/13 | K | | |
| 50. -ISHARES 1-3 YEAR TREAS BOND* (See VIII) | | | | | Buy | 06/03/13 | K | | |
| 51. | | | | | Buy | 07/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 53. | | | | | Buy (add'l) | 08/01/13 | K | | |
| 54. | | | | | Sold (part) | 09/03/13 | J | | |
| 55. -VANGUARD FINANCIALS ETF | | | | | | | | | |
| 56. -VANGUARD CONSUMER STAPLES | | | | | | | | | |
| 57. -VANGUARD MATERIALS ETF | | | | | Sold | 04/01/13 | K | | |
| 58. -VANGUARD HEALTH CARE ETF | | | | | Sold (part) | 01/02/13 | K | | |
| 59. | | | | | Buy (add'l) | 04/01/13 | K | | |
| 60. | | | | | Sold | 10/01/13 | K | | |
| 61. -VANGUARD TELECOMM SRVCS ETF | | | | | Sold | 01/02/13 | K | | |
| 62. -VANGUARD INDUSTRIAL ETF | | | | | Sold (part) | 01/02/13 | K | | |
| 63. | | | | | Buy (add'l) | 04/01/13 | K | | |
| 64. | | | | | Sold (part) | 07/01/13 | K | | |
| 65. | | | | | Buy (add'l) | 10/01/13 | K | | |
| 66. -VANGUARD MSCI EMERGING MRKTS ETF | | | | | Sold (part) | 06/03/13 | K | | |
| 67. | | | | | Sold (part) | 07/01/13 | K | | |
| 68. | | | | | Buy (add'l) | 11/01/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -VANGUARD INTERMEDIATE TERM BOND ETF | | | | | Buy (add'l) | 01/02/13 | J | | |
| 70. | | | | | Sold (part) | 08/01/13 | J | | |
| 71. -VANGUARD SHORT TERM BOND | | | | | Sold (part) | 01/02/13 | J | | |
| 72. | | | | | Buy (add'l) | 02/01/13 | J | | |
| 73. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 74. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 75. | | | | | Buy (add'l) | 06/03/13 | K | | |
| 76. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 77. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 78. | | | | | Buy (add'l) | 10/01/13 | K | | |
| 79. | | | | | Sold (part) | 11/01/13 | L | | |
| 80. | | | | | Sold (part) | 12/02/13 | K | | |
| 81. -VANGUARD SMALL CAP VALUE | | | | | Buy | 01/02/13 | L | | |
| 82. -VANGUARD CONSUMER DISCRETIONARY | | | | | Buy | 01/02/13 | K | | |
| 83. | | | | | Sold (part) | 04/01/13 | K | | |
| 84. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 85. -VANGUARD ENERGY ETF | | | | | Buy | 01/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -VANGUARD UTILITIES | | | | | Buy | 01/02/13 | K | | |
| 87. -VANGUARD REIT ETF | | | | | Buy | 12/02/13 | J | | |
| 88. -ELEMENTS - ROGERS TR | | | | | Sold (part) | 04/01/13 | J | | |
| 89. | | | | | Sold (part) | 06/03/13 | J | | |
| 90. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 91. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 92. | | | | | Sold (part) | 10/01/13 | J | | |
| 93. -ML BANK DEPOSIT PROGRAM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 4, line 6 - Also known as FIA Card Services NA RASP

Part VII, Page 4, line 10 - Rio Oil and Gas, LLC will now be managing the Bluestem Energy Holdings, LLC assets, however royalty check will continue to be issued by Bluestem Energy Holdings, LLC

Part VII, Page 6, line 38 - Also known as ISHARES MSCI EAFE INDEX FUND

Parrt VII, Page 6, line 45 - Also known as ISHARES BARCLAYS MBS BON FUND

Part VII, Page 6, line 50 - This asset was formerly known as ISHARES BARCLAYS 1-3 YEAR TREAS INDEX FUND

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bobby R. BALDOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544